UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., <br><br>Plaintiffs, <br><br>v. <br><br>I SAW IT FIRST LIMITED, <br><br>Defendants. | Case No. 21-cv-00886-SI (SI) <br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 10/22/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 3/25/2022.

DESIGNATION OF EXPERTS: 4/22/2022; REBUTTAL: 6/28/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/26/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/5/2022;
    Opp. Due: 8/26/2022; Reply Due: 9/2/2022;
    and set for hearing no later than 9/16/2022 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 10/18/2022
PRETRIAL CONFERENCE DATE: 11/1/2022 at 3:30 PM.

JURY TRIAL DATE: 11/14/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: July 9, 2022

SUSAN ILLSTON
United States District Judge

2